

**KD % in VPG 25% (Dist 45%)**

**KD % in VAMPS 23% (Dist 41.4%)**